UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 11-04386 |
| | ) | (Jointly Administered) |
| | ) | |
| FAIRVIEW MINISTRIES, INC., et al., | ) | Chapter: 11 |
| | ) | Honorable Susan Pierson Sonderby |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING FIRST AND FINAL APPLICATION FOR REIMBURSEMENT OF EXPENSES
OF B.C. ZIEGLER AND COMPANY, DEBTORS' INVESTMENT BANKER
WITH RESPECT TO THE ROCKFORD CAMPUS**

This matter coming before the Court on the First and Final Application for Reimbursement of Expenses of B.C. Ziegler and Company, Debtors' Investment Banker with respect to the Rockford Campus (the "Application," and the capitalized terms not defined in this Order having the definitions set forth in the Application), the Court having jurisdiction of the Application and the parties, it appearing to the Court that due and proper notice of the Application was given, the Court having considered the Application and the statements of counsel appearing before the Court, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1.) Ziegler's request to approve the limited notice of the Application is approved, the notice of the Application is approved as sufficient and proper, and no other or further notice of the Application shall be required.

2.) All objections to the Application or the relief requested therein that have not been withdrawn, waived, or settled, and all reservations of rights included therein, are overruled on the merits.

3.) Ziegler's out of pocket expenses in the amount of $53,371.43 are hereby allowed as administrative expense claims with priority pursuant to sections 503(b)(1)(A) and 507(a)(2) of the Bankruptcy Code and approved as actual, necessary expenses incurred in connection with the Services rendered to the Debtors between February 4, 2011 and June 10, 2011.

5.) The Debtors are hereby authorized and directed to pay to Ziegler the net sum of $53,371.43, which represents the reimbursement of Ziegler's allowed expenses.

6.) This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Enter:

Honorable Susan Pierson Sonderby
United States Bankruptcy Judge

Dated: JUL 13 2011

**Prepared by counsel of Movant:**

James W. Kapp III (# 6239269)
Roberto A. Dall'Asta (# 6299596)
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois 60606
Tel: (312) 372-2000
Fax: (312) 984-7700