IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Lead Case No. 11-04386 |
| | ) | |
| FAIRVIEW MINISTRIES, INC., *et al.*,[1] | ) | (Jointly Administered) |
| | ) | Hon. Susan Pierson Sonderby |
| Debtors. | ) | Chapter 11 |

**NOTICE OF DEBTORS' EMERGENCY MOTION FOR ENTRY OF ORDER AMENDING FINAL ORDER (1) AUTHORIZING DEBTOR IN POSSESSION TO OBTAIN POSTPETITION FINANCING; (2) AUTHORIZING USE OF CASH COLLATERAL; (3) PROVIDING ADEQUATE PROTECTION; AND (4) GRANTING LIENS, SECURITY INTERESTS AND SUPERPRIORITY CLAIMS [DKT. 156]**

     PLEASE TAKE NOTICE that on August 2, 2011 at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Susan Pierson Sonderby or any judge sitting in her stead in Courtroom 642 in the United States Bankruptcy Court, 219 S. Dearborn Street, Chicago, Illinois and shall then and there present the **Debtors' Emergency Motion for Entry of Order Amending Final Order (1) Authorizing Debtor in Possession to Obtain Postpetition Financing; (2) Authorizing Use of Cash Collateral; (3) Providing Adequate Protection; and (4) Granting Liens, Security Interests and Superpriority Claims**, a copy of which is hereby served upon you.

Dated: August 1, 2011                        FAIRVIEW MINISTRIES, INC., *et al.*

                                          by:  /s/ George R. Mesires
                                                Donald L. Schwartz (# 2522861)
                                                George R. Mesires (# 6276952)
                                                Patrick F. Ross (# 6296461)
                                                UNGARETTI & HARRIS LLP
                                                70 W. Madison Street, Suite 3500
                                                Chicago, IL 60602
                                                (312) 977-4400 – phone
                                                (312) 977-4405 – fax
                                                Email: dlschwartz@uhlaw.com
                                                           grmesires@uhlaw.com
                                                            pfross@uhlaw.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Fairview Ministries, Inc. (2067), Fairview Village (2068), Fairview Baptist Home, d/b/a Fairview Center for Health & Wellness (9812), Fairview Residence of Rockford, d/b/a Crimson Pointe (8394), and VibrantLiving Communities & Services (1604).

1993662v2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Lead Case No. 11-04386 |
| | ) | |
| FAIRVIEW MINISTRIES, INC., *et al.*,[1] | ) | (Jointly Administered) |
| | ) | Hon. Susan Pierson Sonderby |
| Debtors. | ) | Chapter 11 |
| | ) | |
| | ) | Hearing Date: August 2, 2011 |
| | ) | Hearing Time: 10:00 a.m. |

**DEBTORS' EMERGENCY MOTION FOR ENTRY OF ORDER AMENDING FINAL ORDER (1) AUTHORIZING DEBTOR IN POSSESSION TO OBTAIN POSTPETITION FINANCING; (2) AUTHORIZING USE OF CASH COLLATERAL; (3) PROVIDING ADEQUATE PROTECTION; AND (4) GRANTING LIENS, SECURITY INTERESTS AND SUPERPRIORITY CLAIMS [DKT. 156]**

The above-captioned Debtors and Debtors-in-Possession (the "Debtors"), with the assent of the Postpetition Agent, Postpetition Lenders and Master Trustee (in each case as defined in the Final Cash Collateral Order, defined below, and collectively, the "Lenders"), hereby move this Court to modify the Final Order (1) Authorizing Debtor in Possession to Obtain Postpetition Financing; (2) Authorizing Use of Cash Collateral; and (3) Providing Adequate Protection; and (4) Granting Liens, Security Interests and Superpriority Claims [Dkt. 156] (the "Final Cash Collateral Order") (the "Motion"). In support of the Motion, the Debtors respectfully state as follows:

1. The Debtors seek to modify the Final Cash Collateral Order for the limited purposes of extending the specified period in, and terms of which the Debtors are authorized to use Cash Collateral.[2]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Fairview Ministries, Inc. (2067), Fairview Village (2068), Fairview Baptist Home, d/b/a Fairview Center for Health & Wellness (9812), Fairview Residence of Rockford, d/b/a Crimson Pointe

2.      Under the Final Cash Collateral Order, the Debtors' authorization to use Cash Collateral expired on July 29, 2011. As the Debtors and Lenders previously advised the Court, because the sale of the Downers Grove campus is set for closing on August 1, 2011, the Lenders have agreed to an extension of the Debtors' further use of Cash Collateral through August 1, 2011.

3.      The Debtors have also requested that the Final Cash Collateral Order be amended to allow for the use of the Master Trustee's Cash Collateral after the sale of substantially all of the Debtors' assets, in accordance with a post-closing budget (the "Amended Cash Collateral Budget"), which is an exhibit to the stipulation and agreed order attached to this Motion as **Exhibit A**.

4.      The Debtors and the Lenders have conferred and agreed that an extension of the Debtors' authorization to use Cash Collateral on the same terms and conditions set forth in the Final Cash Collateral Order, except as amended pursuant to the stipulation, is appropriate through the earlier of the conversion of these cases to cases under chapter 7 of the Bankruptcy Code or September 30, 2011. The Debtors expect to file a motion seeking the conversion of these cases to cases under chapter 7 on or before August 9, 2011.

5.      Debtors' counsel has attempted, and will continue to attempt, to confer with the U.S. Trustee and the Official Committee of Unsecured Creditors concerning the relief requested by this Motion.

---

(8394), and VibrantLiving Communities & Services (1604).
[2] Capitalized terms used but not defined herein shall have the meanings given them in the Final Cash Collateral Order.

**Notice**

6. A copy of the Motion has been served upon the Office of the United States Trustee, counsel for the Creditors' Committee, and the parties on the Master Service List. Bankruptcy Rule 2002(a)(4) requires notice of the hearing on the Motion to be sent to, among others, all creditors. The Debtor requests that the Court limit the Notice required by Bankruptcy Rule 2002(a)(4) by excusing the requirement that the Debtor notify every creditor. Serving this Motion on each creditor individually would be costly to the estate and, given that the Committee will receive a copy of this Motion, would not provide an offsetting benefit to creditors.

7. Further the Debtor seeks shortened notice of this Motion based on the exigent nature of the circumstances requiring the continued use of Cash Collateral and the fact that creditors are benefitted by the relief sought in this Motion, not harmed.

WHEREFORE, the Debtors respectfully request that the Court enter an order, substantially in the form of the order attached hereto as Exhibit A: (i) authorizing the Debtors' continued use of Cash Collateral pursuant to the terms thereof; and (ii) for such further relief as the Court may allow.

Respectfully submitted,

Dated: August 1, 2011        UNGARETTI & HARRIS LLP

by:  /s/ George R. Mesires
Donald L. Schwartz (# 2522861)
George R. Mesires (# 6276952)
Patrick F. Ross (# 6296461)
UNGARETTI & HARRIS LLP
70 W. Madison Street, Suite 3500
Chicago, IL 60602
(312) 977-4400 – phone
(312) 977-4405 – fax