IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| FAIRVIEW MINISTRIES, *et al.*, ) | Case No. 11-04386 (SPS) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Hearing Date: September 27, 2011 |
| ) | Hearing Time: 10:30 a.m. |

**ORDER GRANTING FINAL APPLICATION OF NEAL WOLF &
ASSOCIATES, LLC FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS AND RELATED SUPPLEMENT**

THIS MATTER coming before the Court on the Final Application of Neal Wolf & Associates, LLC ("NW&A") for Allowance of Compensation and Reimbursement of Expenses as Bankruptcy Counsel to the Official Committee of Unsecured Creditors ("Final Application") and Supplement to Final Application ("Supplement"), the Court having considered the Final Application and the Supplement thereto and the statements of NW&A in support of same at the hearing held thereon.

IT IS HEREBY ORDERED THAT:

1. The fees of NW&A for the time period covered by the Final Application (March 16, 2011 through September 18, 2011) are allowed and approved on a final basis in the amount of $185,832.50 and reimbursement of NW&A's actual and necessary expenses is allowed and approved on a final basis in the amount of $1,051.29.

2. The Debtors are hereby authorized and directed to pay to NW&A compensation for the period June 1, 2011 through September 18, 2011 in the amount of $88,442.50 and expenses in the amount of $708.83.

3. The Final Application, the Supplement thereto and the entry of this Order are core proceedings within the meaning of 28 U.S.C. § 157(b).

Dated: September 28, 2011            Enter:

_____
United States Bankruptcy Judge

00001992.DOCX v-