UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 11-04386 |
| FAIRVIEW MINISTRIES, INC., et al., | ) | (Jointly Administered) |
| | ) | Chapter: 11 |
| | ) | Honorable Susan Pierson Sonderby |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING SECOND AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF UNGARETTI & HARRIS LLP, DEBTORS' COUNSEL [DKT. 407] AND SUPPLEMENT [DKT. 437]**

This matter coming before the Court on the Second and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Ungaretti & Harris LLP ("U&H"), Debtors' Counsel [Dkt. 407] (the "Final Application") and U&H's Supplement to the Final Application (the "Supplement," and the capitalized terms not defined in this Order having the definitions set forth in the Final Application and/or the Supplement), the Court having jurisdiction of the Final Application, the Supplement and the parties, it appearing to the Court that due and proper notice of the Final Application and the Supplement was given, no objections to the Final Application, the Supplement, or the relief requested therein having been made, the Court having considered the Final Application, the Supplement and the statements of counsel appearing before the Court, U&H having agreed to limit the amount of its fees, costs, and expenses paid to the Advance Payment Retainer and the increased Carve-Out (together, $1,589,252.38), and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1.) U&H's request to approve the limited notice of the Final Application is approved, the notice of the Final Application and the Supplement is approved as sufficient and proper, and no other or further notice of the Final Application and the Supplement shall be required.

2.) U&H's attorney's fees in the amount of $533,847.50 ($502,922.50, as requested in the Final Application, plus 30,925.00, as requested in the Supplement) for legal services rendered to the Debtors between May 16, 2011 and September 22, 2011 and the additional time from the First Application Period inadvertently not previously included in the First Application are hereby approved as reasonable compensation for 1,246.50 hours (1,149.6 hours, as set forth in the Final Application, plus 96.9 hours, as set forth in the Supplement) of actual, necessary legal services.

3.) U&H's out of pocket costs of $2,602.86 ($2,355.13, as requested in the Final Application, plus $247.73, as requested in the Supplement) that were advanced on behalf of the Debtors between May 16, 2011 and September 22, 2011 and the additional expenses from the First Application Period inadvertently not previously included in the First Application are hereby approved as actual, necessary expenses.

4.) For the period February 1, 2011 through September 22, 2011, U&H's total attorney's fees requested ($1,627,698.50, which is the sum of the $533,847.50 of compensation awarded in this Order, plus the $1,093,851.00 of compensation awarded in the Order Granting First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Ungaretti & Harris LLP, Debtors' Counsel [Dkt. 450] (the "First Award Order") are hereby approved on a final basis

as reasonable compensation for actual, necessary legal services to the Debtors (the "Final Compensation"), and U&H's total out of pocket costs ($18,194.22, which is the sum of the $2,602.86 of reimbursement awarded in this Order, plus the $15,591.36 of reimbursement awarded in the First Award Order) are hereby approved on a final basis as reasonable reimbursement for actual, necessary expenses advanced on behalf of the Debtors (the "Final Reimbursement").

    5.) U&H is hereby authorized to apply the remaining balance of the $204,891.38 Advance Payment Retainer to the Final Compensation and the Final Reimbursement awarded herein.

    6.) The Debtors are hereby authorized and directed to pay - subject to any applicable limitations contained in the Cash Collateral Order [Dkt. 384] and the related Budget - to U&H the sum of $1,384,361.

Enter:

Honorable Susan Pierson Sonderby
United States Bankruptcy Judge

Dated: 9.29.11

**Prepared by counsel of Movant:**

Donald L. Schwartz (# 2522861)
George R. Mesires (# 6276952)
Patrick F. Ross (# 6296461)
Ungaretti & Harris LLP
70 W. Madison Street, Suite 3500
Chicago, IL 60602
(312) 977-4400 – phone
(312) 977-4405 – fax