UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:
FAIRVIEW MINISTRIES, INC., et al.,

Debtor(s)

BK No.: 11-04386
(Jointly Administered)
Chapter: 11
Honorable Susan Pierson Sonderby

**ORDER GRANTING SECOND AND FINAL APPLICATION [DKT. 406] AND SUPPLEMENT [DKT. 440] OF MESIROW FINANCIAL INTERIM MANAGEMENT, LLC AS RESTRUCTURING MANAGERS AND JAMES E. NUGENT AS CHIEF IMPLEMENTATION OFFICER**

Upon consideration of the Second Interim and Final Fee Application of Mesirow Financial Interim Management, LLC ("MFIM") for Compensation and Reimbursement of Expenses as Restructuring Managers and Chief Implementation Officer ("CIO") for the Debtors for the Period of June 13, 2011 through September 30, 2011 [Dkt. 406] (the "Second and Final Application") and the Supplement to the Second and Final Application [Dkt. 440] (the "Supplement") under 11 U.S.C. §§ 330, 331 and 363 seeking allowance and approval of the compensation for hourly services rendered by MFIM professionals and actual and necessary expenses for MFIM and the CIO for the period June 13, 2011 through September 30, 2011 and fixed monthly compensation for CIO services performed by the CIO for the monthly periods of August 2011 through September 2011 (collectively, the "Application Period") and final approval and compensation for hourly services rendered by MFIM professionals and actual and necessary expenses for MFIM and the CIO for the period February 4, 2011 through September 30, 2011 and fixed monthly compensation for CIO services performed by the CIO for the monthly periods of February 2011 through September 2011 (the "Final Application Period"); the Court having reviewed the Second and Final Application and the Supplement; the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that adequate notice of the Second and Final Application and the Supplement has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefore, MFIM and the CIO having agreed to limit the amount of their fees, costs, and expenses paid to the Advance Retainer and the increased Carve-Out (together, $312,500.00),

IT IS HEREBY ORDERED THAT:

1.) MFIM's and the CIO's request to approve the limited notice of the Second and Final Application is approved, the notice of the Second and Final Application and the Supplement is approved as sufficient and proper, and no other or further notice of the Second and Final Application and the Supplement shall be required.

2.) MFIM's and the CIO's requested fees of $556,044.50 ($517,653.00, as requested in the Second and Final Application, plus $38,391.50, as requested in the Supplement) for professional services rendered to the Debtors during the Application Period are approved on a final basis as reasonable compensation for actual, necessary professional services.

3.) MFIM's requested expenses of $1,526.86 ($1,286.66, as requested in the Second and Final Application, plus $240.20, as requested in the Supplement) for out of pocket costs advanced on behalf of the Debtors during the Application Period are approved on a final basis as actual, necessary expenses.

4.) For the period February 4, 2011 through September 30, 2011, MFIM's and the CIO's total requested fees ($2,199,192.50, which is the sum of the $556,044.50 of

compensation awarded in this Order, plus the $1,643,148.00 of compensation awarded in the Order Approving First Interim Fee Application [Dkt. 331] (the "First Award Order") are hereby approved on a final basis as reasonable compensation for actual, necessary professional services to the Debtors (the "Final Compensation"), and MFIM's total out of pocket costs ($4,100.78, which is the sum of the $1,526.86 of reimbursement awarded in this Order, plus the $2,573.92 of reimbursement awarded in the First Award Order) are hereby approved on a final basis as reasonable reimbursement for actual, necessary expenses advanced on behalf of the Debtors (the "Final Reimbursement").

5.) MFIM is hereby authorized to apply the balance of the $250,000.00 Advance Retainer to the compensation and reimbursement awarded on a final basis in this order.

6.) Debtors are hereby authorized and directed to pay – subject to any applicable limitations contained in the Cash Collateral Order [Dkt. 384] and the related Budget – to MFIM the sum of $62,500.

Enter: *Susan Pierson Sonderby*

Honorable Susan Pierson Sonderby
United States Bankruptcy Judge

Dated: 30 SEP 2011

**Prepared by counsel of Movant:**

Mesirow Financial Interim
Management, with assistance of:

Donald L. Schwartz (# 2522861)
George R. Mesires (# 6276952)
Patrick F. Ross (# 6296461)
Ungaretti & Harris LLP
70 W. Madison Street, Suite 3500
Chicago, IL 60602
(312) 977-4400 – phone
(312) 977-4405 – fax