LAW OFFICES

# NEAL, GERBER & EISENBERG LLP

PLEASE REMIT CHECKS TO:
NEAL, GERBER & EISENBERG LLP
28987 NETWORK PLACE
CHICAGO, IL 60673-1289

TWO NORTH LA SALLE STREET
CHICAGO, ILLINOIS 60602-3801
(312) 269-8000
F.E.I.N. 36-3532950

David Brown, Chptr 7 Trustee for Fairview Ministries Estate
Springer Brown Covey Gertner Davis
400 S. County Farm Road
Suite 330
Wheaton, IL 60187

March 21, 2012
Invoice 202553
Page 1

For Services Through March 16, 2012
Our Matter # 024928.0601
In re Fairview Directors' and Officers' Claim

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 03/02/12 | Work with J. Berkeley, N. Brody on Rule 2014 affidavit (1.0); brief research regarding same (.5); discussion with N. Miller regarding same (.3); review file materials (1.4). | T. C. Wolford | 3.20 hrs. |
| 03/02/12 | Draft affidavit for Brown engagement (.3); meet with Tom Wolford (.1); revise engagement letter (.1); review Application (.2); revise affidavit (.3). | J. B. Berkeley | 1.00 hrs. |
| 03/02/12 | Conferences and e-mails with T. Wolford regarding affidavit, language for engagement letter and conflicts (.3); draft affidavit of disinterestedness (.9); obtain and send specific language regarding payment of fees to J. Berkeley (.3); obtain case information and list of creditors (.3); coordinate searches (.2). | N. Taylor Brody | 2.00 hrs. |
| 03/05/12 | Discussions with J. Berkeley, M. Gurland regarding status (.2); review discussions with M. Berkoff (.2); conflicts status (.3). | T. C. Wolford | 0.70 hrs. |
| 03/05/12 | Review e-mails and documents in preparation for meeting with forensic accountants. | J. B. Berkeley | 0.20 hrs. |

David Brown, Chptr 7 Trustee for Fairview Ministries Estate  March 21, 2012
Springer Brown Covey Gertner Davis  Invoice 202553
400 S. County Farm Road  Page 2
Suite 330
Wheaton, IL 60187

| | | |
|---|---|---|
| 03/06/12 | Discussions with J. Berkeley. | |
| | T. C. Wolford | 0.30 hrs. |
| 03/06/12 | Review documents from Trustee regarding case background/insurance (.4), preparation for and attended meeting with forensic accountant, J. Berkeley and D. Brown (2.5). | |
| | M.Z. Gurland | 2.90 hrs. |
| 03/06/12 | Meet with David Brown, Chad Shandler, Lillian McPerson, and Michael Gurland regarding investigation of claim against directors and officers (2.0); e-mail to David Brown regarding review of creditors' list (.10). | |
| | J. B. Berkeley | 2.10 hrs. |
| 03/07/12 | Attend hearing on NGE retention. | |
| | T. C. Wolford | 0.40 hrs. |
| 03/08/12 | Discussions with M. Gurland regarding breach of duty claims (.6); e-mails regarding insurance documents (.8). | |
| | T. C. Wolford | 1.40 hrs. |
| 03/08/12 | Review Bond Offering documents (.3); telephone call with Accountant (.4); discussion with T. Wolford regarding potential claims (.1). | |
| | M.Z. Gurland | 0.80 hrs. |
| 03/08/12 | Discussion with J. Berkeley regarding theory for standing and notice issues under insurance policy. | |
| | M.Z. Gurland | 0.20 hrs. |
| 03/08/12 | Telephone call with D. Brown regarding additional information needed. | |
| | M.Z. Gurland | 0.10 hrs. |
| 03/08/12 | Review documents forwarded by Chad (.1); Conference with Michael Gurland (.1); review D&O policy (.5); e-mail to David Brown (.3). | |
| | J. B. Berkeley | 1.00 hrs. |
| 03/09/12 | Meeting with M. Gurland, J. Berkeley (.6); e-mails regarding claim, | |

David Brown, Chptr 7 Trustee for Fairview Ministries Estate  
Springer Brown Covey Gertner Davis  
400 S. County Farm Road  
Suite 330  
Wheaton, IL  60187

March 21, 2012  
Invoice 202553  
Page  3

    documents, exculpation (.6); review deadlines and form notice and e-mail Berkeley regarding same (.7).

    T. C. Wolford                                 1.90  hrs.

03/09/12     Preparation for and conference call with J. Berkeley, D. Brown and T. Wolford (1.0); telephone call with Lillian (.1); telephone call with C.S. regarding outstanding questions and documents (.1); review related materials regarding D/O and insurance issues (.2).

    M.Z. Gurland                                1.40  hrs.

03/09/12     Draft list of policy documents and send to Jim Nugent (.2); Conference with David Brown (.2); Telephone conference with Lillian McPherson (.1); review organizational chart (.1); review policy provisions (.6).

    J. B. Berkeley                                1.20  hrs.

03/12/12     Meeting with M. Gurland regarding claim (.4); review corporate documents (1.0); brief research regarding willful/wanton (.5); e-mails to M. Gurland, J. Berkeley (.4).

    T. C. Wolford                                 2.30  hrs.

03/12/12     Review board minutes (2007-2010) (.2); review corporate documents culled by C. S. (2.0); review financials and financial analysis related to Bond Offering covenants (1.0); review miscellaneous materials from W. S. regarding FMI and Cascasdia deal (1.0); discussions/e-mail correspondence with T. Wolford/J. Berkeley regarding claim (.8).

    M.Z. Gurland                                6.80  hrs.

03/12/12     Review D&O policy and write up summary of obligations under policy (.5); meet with Andrew May to outline insured versus insured research (.2); Conference with Michael Gurland regarding notice of claim(.3).

    J. B. Berkeley                                1.00  hrs.

03/13/12     Meeting with M. Gurland, J. Berkeley (.6); review and revise claim letter (.4).

    T. C. Wolford                                 1.00  hrs.

03/13/12     Finished review of board materials(.5); discussions with T. Wolford and J. Berkeley regarding notice and demand letters and worked on draft

David Brown, Chptr 7 Trustee for Fairview Ministries Estate  
Springer Brown Covey Gertner Davis  
400 S. County Farm Road  
Suite 330  
Wheaton, IL 60187

March 21, 2012  
Invoice 202553  
Page 4

    letter (.3); meeting with J. Berkeley/review letter per discussions with D. Brown regarding corporate structure (.3).

    M.Z. Gurland                                1.10 hrs.

03/13/12    Conference with Michael Gurland regarding minutes (.2); Telephone conference with Chad Shandler (.2); Conference with Tom Wolford regarding bankruptcy procedure (.2); revise notice (.2); draft notice of circumstances (.4).

    J. B. Berkeley                                1.50 hrs.

03/14/12    Review revised letter (.2); comments on same (.4).

    T. C. Wolford                                0.60 hrs.

03/14/12    Review Organizational documents, corporate history records. By-Laws, etc. for Vibrant Entities.

    M.Z. Gurland                                0.70 hrs.

03/14/12    Review additional insurance endorsements and discussion regarding same with J.Berkeley; review revised letter/e-mail correspondence from forensic accountant regarding timeline/letter.

    M.Z. Gurland                                0.40 hrs.

03/14/12    Finalize notice letters to Ds and Os and Illinois National (.5); review documents forwarded by Mesirow (.5); draft memo to David Brown (.2); review response and revise (.1); review Chad's comments (.1); Telephone conference with Michael Gurland (.2); make final revisions in notice letter (.2).

    J. B. Berkeley                                1.80 hrs.

Total Fees For Professional Services ............................................................................... $      22,394.00

David Brown, Chptr 7 Trustee for Fairview Ministries Estate  
Springer Brown Covey Gertner Davis  
400 S. County Farm Road  
Suite 330  
Wheaton, IL 60187

March 21, 2012  
Invoice 202553

## Totals For This Matter

Current Amount Due.................................................................................... $    22,394.00

Total Due ....................................................................................................... $    22,394.00

David Brown, Chptr 7 Trustee for Fairview Ministries Estate  
Springer Brown Covey Gertner Davis  
400 S. County Farm Road  
Suite 330  
Wheaton, IL  60187

March 21, 2012  
Invoice 202553

INVOICE SUMMARY

For Services Through March 16, 2012  
Our Matter #   024928.0601  
    In re Fairview Directors' and Officers' Claim

Current Amount Due ................................................................................................ $   22,394.00  
Total Due ................................................................................................................... $   22,394.00

Summary Of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| T. C. Wolford | 11.80 | 590.00 | 6,962.00 |
| M.Z. Gurland | 14.40 | 600.00 | 8,640.00 |
| J. B. Berkeley | 9.80 | 640.00 | 6,272.00 |
| N. Taylor Brody | 2.00 | 260.00 | 520.00 |
| TOTAL | 38.00 |  | 22,394.00 |