# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 11-04386 |
| | ) | |
| FAIRVIEW MINISTRIES, INC., *et al.*,[1] | ) | Hon. Timothy A. Barnes |
| | ) | Chapter 7 |
| | ) | Jointly Administered |
| Debtors. | ) | Hearing Date: 7/8/15 |
| | ) | 10:00 am |

## NOTICE OF TRUSTEE'S MOTION TO PAY ADMINISTRATIVE EXPENSE

Please take notice that on **Wednesday, July 8, 2015 at 10:00 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Timothy A. Barnes or any judge sitting in her stead in Courtroom 613 in the United States Bankruptcy Court, 219 S. Dearborn Street, Chicago, Illinois and shall then and there present the **Chapter 7 Trustee's Motion To Pay Administrative Expense**, a copy of which is hereby served upon you.

Dated: June 25, 2015                                                                DAVID R. BROWN, CHAPTER 7 TRUSTEE

                                                                by:   /s/ David R. Brown
                                                                       David R. Brown, Trustee
                                                                       Wheaton Executive Center
                                                                       400 S. County Farm Road, Ste. 330
                                                                       Wheaton, IL 60187
                                                                       dbrown@springerbrown.com

                                                                       *Counsel to the Chapter 7 Trustee*

## *CERTIFICATE OF SERVICE*

The undersigned, an attorney, certifies that a copy of the above and foregoing was served upon the parties listed by ECF delivery on June 25, 2015.

                                                                /s/ David R. Brown /s/

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Fairview Ministries, Inc. (2067), Fairview Village (2068), Fairview Baptist Home, d/b/a Fairview Center for Health & Wellness (9812), Fairview Residence of Rockford, d/b/a Crimson Pointe (8394), and VibrantLiving Communities & Services (1604).

5961706v.2

# SERVICE LIST

| **ECF Service:** | **Representing:** |
|---|---|
| Patrick S. Layng<br>USTPRegion11.ES.ECF.gov | United States Trustee |
| Joseph M. Tiller<br>jtiller@jonesday.com | Debtor |
| Felicia Gerber Perlman<br>fperlman@skadden.com | Debtor |
| Brian I. Swett<br>bswett@winston.com | Bank of America |
| Gregory J. Jordan<br>gjordan@jka-law.com | Affiliated Dialysis Centers |
| Nancy A. Peterman<br>petermann@gtlaw.com | Alliance Rehab, Inc. |
| Craig C. Westfall<br>firm@nigrowestfall.com | Howard Turner American Building Services, LLC |
| Michael F. Bonamarte<br>mfb@levinperconti.com | Katheryn C. Andres |
| Roberto A. Dall'Asta<br>rdallasta@mwe.com | B.C. Ziegler and Co. |
| Cheryl Tama Oblander<br>ctama@butlerrubin.com | Adolf Belgram and<br>Katherine Belgram |
| Joseph E. Cohen<br>jcohen@cohenandkrol.com | Bernice A. Cummings |
| Mark E. Leipold<br>mleipold@gouldratner.com | Evelyn Dickerson<br>Rosemary Nolan |
| William R. Brodzinski<br>wbrodzinski@mrvlaw.com | Estate of Hermina Frieda Richard<br>Estelle Lamy |
| Ryan M. Holmes<br>rholmes@lewisoverbeck.com | Florence J. Donahoo Trust |

2

5961706v.2

| | |
|---|---|
| Judy B. Calton<br>jcalton@honigman.com | Gordon Food Service |
| Robert J. Labate<br>Robert.labate@hklaw.com | Hinsdale Bank and Trust Co. |
| Gordon E. Gouveia<br>ggouveia@shawgussis.com | Illinois Finance Authority |
| Jeffrey N. Kowalkowski<br>lamphierlaw@ameritech.net | Mitchell B. Raci Trust<br>Donald B. Raci |
| Neal L. Wolf<br>nwolf@nealwolflaw.com | Creditors Committee |
| William D. Cherny<br>wcherny@wideopenwest.com | Robert I. Mork, Public Guardian |
| Christopher J. Horvay<br>chorvay@gouldratner.com | Senior Housing Properties Trust |
| Thomas W. Toolis<br>twt@jtlawllc.com | Estate of Helen Kallus |
| Christopher Combest<br>christopher.combest@quarles.com | Umpqua Bank |
| Daniel S. Bleck<br>Adrienne K. Walker<br>dbleck@mintz.com<br>awalker@mintz.com | Wells Fargo Bank, Master Trustee |
| Alexander D. Kerr, Jr.<br>akerr@tishlerandwald.com | Charles W. Wilhelmi |

3

5961706v.2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 11-04386** |
| | ) | |
| **FAIRVIEW MINISTRIES, INC.,** *et al.*,[1] | ) | **Hon. Timothy A. Barnes** |
| | ) | **Chapter 7** |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |
| | ) | |

**TRUSTEE'S MOTION FOR ORDER AUTHORIZING TRUSTEE TO PAY
ADMINISTRATIVE EXPENSE TO WELLS FARGO BANK, NA AS MASTER TRUSTEE**

David R. Brown, in his capacity as chapter 7 trustee (the "Trustee") of the above captioned debtors chapter 7 estates (collectively, the "Debtors"), by and through his counsel, Springer Brown, LLC pursuant to Bankruptcy Code § 503(B), hereby moves this Court to enter an order authorizing Trustee to repay as an administrative expense amounts advanced to the Estate by Wells Fargo Bank, National Association as Master Trustee ("Wells Fargo") pursuant to a previously entered post-petition financing order. In support of this Motion, Trustee states as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over the matters raised in this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §§ 157(b).

2. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicates for the relief requested in this Motion is Bankruptcy Code

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Fairview Ministries, Inc. (2067), Fairview Village (2068), Fairview Baptist Home, d/b/a Fairview Center for Health & Wellness (9812), Fairview Residence of Rockford, d/b/a Crimson Pointe (8394), and VibrantLiving Communities & Services (1604).

5961706v.2

Section 503(b).

## INTRODUCTION

4. On February 4, 2011 (the "Petition Date"), each Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code and thereby commenced a case thereunder (collectively, the "Chapter 11 Cases").

5. On September 29, 2011 (the "Conversion Date"), the Court entered an order converting the Chapter 11 Cases to cases under chapter 7 the Bankruptcy Code. Upon conversion of the Chapter 11 Cases, David Brown was appointed the Chapter 7 Trustee and he continues to serve in such capacity.

## BACKGROUND

6. Prior to the Conversion Date, the Debtors operated a continuing care retirement community in Downers Grove, Illinois, and an assisted living facility serving senior adults in Rockford. During the course of the Chapter 11 Cases, the Debtors sold substantially all of their assets in sales approved by this Court.

7. In the course of the Chapter 7 Trustee's administration of these bankruptcy cases, the Chapter 7 Trustee determined that there is cause to investigate, among other things, potential claims against the Debtors' former management, directors and officers (the "D&O Claims"). Trustee further determined that the conduct of a proper investigation into the D&O Claims would require the services of forensic accountants. The Chapter 7 Trustee, however, lacked sufficient funds on hand to employ the services of a forensic accountant. Thus, the Chapter 7 Trustee required funding to continue his investigations into the potential D&O Claims.

5961706v.2

8.    On or about February 15, 2012, upon motions by the Trustee, two Orders were entered herein. The first [Docket #489] authorized Trustee to employ J. H. Cohn, n/k/a CohnReznick ("Cohn") to provide forensic accounting services to the Chapter 7 Trustee with respect to potential D&O Claims. The second (the "Financing Order")[Docket #488], authorized Trustee to:

(a) obtain post-petition financing (the "Post-petition Loans") pursuant to the Order, which will provide financing to the Chapter 7 Trustee up to $225,000 to fund Cohn's allowed fees and expenses as forensic accountant to the Chapter 7 Trustee; and

(b) grant the Liens on the Collateral (as defined herein) to and for the benefit of the Master Trustee, including to the extent applicable, priming liens pursuant to section 364(d)(1) of the Bankruptcy Code;

9.    On or about August 20, 2013, this Court entered an Order [Docket #543] awarding interim compensation and expense reimbursement to CohnReznick in the amount of $118,155.05. On or about October 2, 2013, under the terms of the Financing Order, Wells Fargo paid that amount directly to CohnReznick.

10.    By this motion, Trustee seeks authority to repay to Wells Fargo the $118,155.05 it previously advanced pursuant to the Financing Order.

11.    There are well over 500 creditors in this case. Trustee requests that notice of this motion be limited to the thirty-eight parties on the service list attached to the Notice of Motion herein.

WHEREFORE, Trustee respectfully requests that the Court enter an order authorizing Trustee to pay to Wells Fargo as an administrative expense $118,155.05 pursuant to the Financing Order

Dated: June 25, 2015

          DAVID R. BROWN, CHAPTER 7 TRUSTEE

by:    /s/ David R. Brown
       David R. Brown, Trustee
       Springer Brown, LLC
       Wheaton Executive Center
       400 S. County Farm Road, Ste. 330
       Wheaton, IL 60187
       dbrown@springerbrown.com

*Counsel to the Chapter 7 Trustee*