IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter: 7 |
| | ) | |
| FAIRVIEW MINISTRIES, INC., | ) | Case No.: 11-04386 |
| | ) | |
| | ) | Judge Timothy A. Barnes |
| Debtor. | ) | |

## FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION OF GENERAL COUNSEL TO THE CHAPTER 7 TRUSTEE

### Cover Sheet for Application for Professional Compensation

Name of Applicant(s):    **David R. Brown, and the firm of Springer Brown, LLC**

Authorized to Provide Professional Services to:    **David R. Brown, Trustee of the Estate of Fairview Ministries, Chapter 7 Bankruptcy No. 11-04386.**

Date of Order Authorizing Employment: **November 1, 2011**

Period for which Compensation is sought:    **October 21, 2011 through July 10, 2015**

Amount of Fees Sought:    $ 13,867.50

Amount of Expense Reimbursement Sought:    $    0.00

This is an:    Interim Application ___    Final Application _X_

If this is not the first application filed herein by this professional, disclosure as to all prior fee applications:

| Date Filed | Period Covered | Total Requested | Total Allowed | Any Amount Withheld by Order |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

The amount of fees and expenses paid to the Applicant to date for Service rendered and expenses incurred herein is: $___-0-___.

In re: Fairview Ministries, Inc.
Chapter 7 no. 11-04386
Cover Sheet for Application for Professional Compensation by Trustee's General Counsel
(PAGE TWO of TWO)

Professionals retained and represented as follows in this Application for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Trustee:

| Name of Professional | Hourly Rates | Hours of Service | Value of Service |
|---|---|---|---|
| David R. Brown, Attorney | $425.00 | 31.1 | $ 13,217.50 |
| Michele M. Springer, Attorney | $325.00 | 2.0 | $    650.00 |
| | TOTALS | 33.1 | $13,867.50 |

A Summary and Total of Fee Application Categories is Attached hereto.

DATE: July 10, 2015         Respectfully Submitted,
                            APPLICANT
                            David R. Brown, Trustee

                            BY: Springer Brown, LLC

                            By:    /s/ David R. Brown
                                David R. Brown
                                One of His Attorneys

David R. Brown, Trustee
Michele M. Springer
Springer Brown, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL  60187
(630) 510-0000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter: 7 |
| | ) | |
| FAIRVIEW MINISTRIES, INC., | ) | Case No.: 11-04386 |
| | ) | |
| | ) | Judge Timothy A. Barnes |
| Debtor. | ) | |

**FINAL APPLICATION OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL TO THE TRUSTEE**

NOW COMES David R. Brown, Esq. and the law firm of Springer Brown, LLC (herein "Applicant"), as duly authorized counsel to the Trustee, DAVID R. BROWN, (herein the "Trustee") and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for services rendered and expenses incurred as counsel to the Trustee pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, and in support hereof, states to the Court as follows:

## I. JURISDICTION

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334.

2. This is a core proceeding pursuant to 28 U.S.C. §157.

3. Venue is proper in this district pursuant to 28 U.S.C. §§1408 and 1409.

4. This request for relief is predicated on Sections 330(a)(1) and 330(a)(7) of the Bankruptcy Code.

## II. GENERAL BACKGROUND

5. On February 4, 2011, the Debtor and the related cases of Fairview Ministries, namely Fairview Village, Fairview Baptist Home, Fairview Residence of Rockford, Vibrant Living Communities & Services, filed their voluntary Petitions pursuant to Chapter 11 of the United States Bankruptcy Code.

6. On February 8, 2011, this Court entered an Order allowing joint administration of all the above cases under the lead case of Fairview Ministries, Inc., 11-04386.

7. On September 29, 2011, the Court entered an Order converting the Chapter 11 cases to Chapter 7 proceedings. Upon conversion, David R. Brown was appointed as the Chapter 7 Trustee and continues to serve in such capacity.

8. Prior to the Conversion Date, the Debtors operated a continuing care retirement community ("CCRC") in Downers Grove, Illinois, which was known as "Fairview Village" (the "Downers Grove Campus"), and an assisted living facility serving senior adults in Rockford (the "Rockford Campus"). During the course of the Chapter 11 Cases, the Debtors sold substantially all of their assets in sales approved by this Court.

9. In the course of the Chapter 7 Trustee's administration of these bankruptcy cases, the Chapter 7 Trustee, after consulting with representatives of the major creditors in this case, has determined that there is cause to investigate, among other things, potential claims against the Debtors' former management, directors and officers (the "D&O Claims").

## II. CASE STATUS AND NARRATIVE OF LEGAL SERVICES

10. Applicant assisted the Trustee throughout by preparing and filing the necessary pleadings, overseeing special counsel, objecting to claims and performing other necessary and beneficial services. Attached hereto and incorporated as Exhibit "A" is a description of the necessary services rendered by Applicant and broken down into the following categories with time spent in each category:

A. Retention of Professionals and Fee Applications;

B. Case Administration; and

C. Claims Objections.

A.   **Retention of Professionals and Preparation of Fee Applications**

**Time Expended: 12.8 hours; Amount requested: $5,240.00**

Applicant retained Springer Brown, LLC as general counsel to the Trustee, and retained Special Counsel, Jill Berkeley and the firm of Neal, Gerber & Einstein, LLP for the limited purpose of evaluating the D&O claims based on the information available at this time, and of issuing the appropriate demand letters on a timely basis and additionally retained Special Counsel, Daniel P. Dawson and the firm of Nisen & Elliot, LLP to prosecute the D&O claims on behalf of this estate.

It was also necessary to employ J.H. Cohn, LLP Business Investigation Services Group as Forensic Accountants ("Cohn") to review the Debtor's books and records and it was also necessary for the Trustee to employ Alan Lasko as general accountant for the Trustee to prepare the required estate tax returns. Employment of the professionals for the Trustee was necessary for the prompt and efficient liquidation of the estate and have contributed to the successful administration of this estate.

B.   **Case Administration**

**Time Expended: 7.9 hours; Amount requested: $3,357.50**

This category includes services necessary for the Trustee to perform his duties. It was necessary for Applicant to file a Motion to enforce the Order of Conversion which was then complied with and the Motion was withdrawn. On February 9, 2015, Applicant filed a Motion to consolidate the cases for the purpose of distribution of estate funds and the order was entered on March 18, 2015. On March 18, 2015, Applicant filed a Motion to Abandon the Debtors' books and records and said Order was entered on April 8, 2015.

On June 25, 2015, Applicant filed a Motion to pay the Administrative Claim of Wells Fargo the amount of $118, 155.05 which was reimbursement for Wells Fargo payment of Cohns' fees and expenses. The Order approving the administrative payments entered on July 8, 2105.

C. **Claims Objections**

**Time Expended: 12.4 hours; Amount requested: $ 5,270.00**

This category includes services for objections to claims based upon assertion of employee benefits priority claims, duplicate claims and administrative claims. Applicant drafted 24 such claims and on April 21, 2015, Orders regarding the various claims were entered by this Court either disallowing the claims in their entirety or reclassifying the claims from priorty to unsecured claims.

On May 21, 2015, Applicant filed Objections to Avaya in the Fairview Village case, Matson in the Vibrant Living Case, and Praxair in the Fairview Baptist Home case and all orders disallowing the claims were entered on June 24, 2015.

21.    All of the services rendered by Applicant were performed by David R. Brown, whose billing rate throughout this period for such services was $425.00 per hour, and by Michele M. Springer, whose billing rate is $325.00 per hour. Time records for such services are maintained on a contemporaneous basis, and are subsequently reviewed to eliminate apparently unproductive or insufficiently documented time charges. Time is recorded on a tenth-of-an-hour basis. Therefore, the charges for which compensation is sought represent actually spent, "hard-core" time devoted to this case.

22.    The compensation rates charged by Applicant are comparable to those charged by other practitioners of similar standing, skill and experience in cases of equal complexity.

23. The services rendered by Applicant were necessary services that have benefited this estate by providing funds to distribute to creditors and enabling the Trustee to perform his statutory duties.

24. Based upon the nature, extent and value of the services performed by Applicant and the cost of comparable services other than in a case under this Title, the reasonable compensation for such services is $13,867.50. The estate account currently has a balance of $1,011,765.70 which amount will be reduced by the payment of $118,155.05 to Wells Fargo which order was entered July 8, 2015, which will leave a balance of $893,610.65.

25. At all times while employed as attorney for the Trustee, Applicant was a disinterested person, neither representing nor holding an interest adverse to the interest of this estate with respect to the matters on which Applicant was employed.

**WHEREFORE**, Applicant, David R. Brown and the firm of SPRINGER BROWN, LLC, respectfully requests that Trustee's Attorneys' fees in the amount of $13,867.50 and expenses in the amount of $0.00 be approved as reasonable and appropriate and that payment be authorized upon entry of the Order approving such compensation, and for any such other and further relief as this Court deems just and equitable.

> Respectfully Submitted,
> APPLICANT
> Counsel to Trustee David R. Brown
>
> BY: Springer Brown, LLC
> By:___/s/ David R. Brown___
>     David R. Brown
>     One of His Attorneys

David R. Brown
Michele M. Springer
Springer Brown, LLC
Wheaton Executive Center
400 South County Farm Road, Ste. 330
Wheaton, IL 60187
630-510-0000