**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: FAIRVIEW MINISTRIES, INC., et al. | § | Case No. 11-04386 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David R. Brown, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

US Bankruptcy Court Clerk
219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/2/2015 at Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL  60604,  Court Room 613.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 10/22/2015                          By: /s/ David R. Brown
                                              Title

David R. Brown
400 South County Farm Road
Suite 330
Wheaton, IL 60187

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: FAIRVIEW MINISTRIES, INC., et al.    §    Case No. 11-04386
§
§
§
        Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of :*    $    1,484,025.39
*and approved disbursements of:*    $    589,005.20
*leaving a balance on hand of[1]:*    $    895,020.19

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4A | Canon Financial Services, Inc. | 2,804.31 | 2,804.31 | 0.00 | 2,804.31 |
| 8 | Snohomish County Treasurer | 43,769.57 | 0.00 | 0.00 | 0.00 |
| 16 | Snohomish County Treasurer | 43,769.57 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $    2,804.31
Remaining balance:    $    892,215.88

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID R. BROWN | 67,770.76 | 0.00 | 67,770.76 |
| Attorney for Trustee Fees - SPRINGER BROWN, LLC | 13,867.50 | 0.00 | 13,867.50 |
| Special Accountant for Trustee Fees - CohnReznick LLP | 125,304.00 | 108,746.00 | 16,558.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Special Accountant for Trustee Expenses - CohnReznick, LLP | 16,354.05 | 9,409.05 | 6,945.00 |
| Accountant for Trustee Expenses (Other Firm) - Alan D. Lasko & Associates, PC | 203.37 | 168.45 | 34.92 |
| Accountant for Trustee Fees (Other Firm) - Alan D. Lasko & Associates, PC | 14,536.00 | 11857.10 | 2,678.90 |

Total to be paid for chapter 7 administrative expenses:     $      107,855.08
Remaining balance:     $      784,360.80

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $      0.00
Remaining balance:     $      784,028.80

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $7,506.82 must be paid in advance of any dividend to general (unsecured) creditors, including JHC Acquisition, allowed at $255.79, previously paid 0, proposed at $255.79.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Snohomish County Treasurer | 0.00 | 0.00 | 0.00 |
| 16 | Snohomish County Treasurer | 0.00 | 0.00 | 0.00 |
| 25 | Illinois Dept Of Employment Securit | 6,820.53 | 0.00 | 6,820.53 |
| 32 | Frank Welsh And Marlys Welsh | 0.00 | 0.00 | 0.00 |
| 38 | Butler Rubin Saltarelli & Boyd Llc | 0.00 | 0.00 | 0.00 |
| V3 | IL Department of Employment Security | 233.70 | 0.00 | 233.70 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| V4 | IL Dept of Employment Security | 196.80 | 0.00 | 196.80 |

Total to be paid for priority claims:     $          7,506.82
Remaining balance:                        $        776,853.98

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $39,406,191.21 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.0 percent, plus interest (if applicable), including claim V6, Special Admin. Kathryn C. An, 0.00 allowed, 0.00 proposed payment.

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Illinois Dept. Of Employment Securi | 67,654.00 | 0.00 | 1,333.74 |
| 2 | Wells Fargo Financial Leasing Inc | 39,456.95 | 0.00 | 777.86 |
| 3 | Florence J Donohoo Declaration Of T | 0.00 | 0.00 | 0.00 |
| 4B | Canon Financial Services, Inc. | 5,022.76 | 0.00 | 99.02 |
| 5 | Plumthree Llc | 1,760.02 | 0.00 | 34.70 |
| 6 | Staples Inc | 1,898.18 | 0.00 | 37.42 |
| 7 | Nicor Enerchange Llc | 24,492.46 | 0.00 | 482.85 |
| 9 | Judith K Lewis | 17,228.41 | 0.00 | 339.65 |
| 10 | Mcmaster-Carr Supply Company | 4,164.99 | 0.00 | 82.11 |
| 11 | Cit Technology Financing Services I | 9,367.85 | 0.00 | 184.68 |
| 12 | Cit Technology Financing Services I | 13,651.34 | 0.00 | 269.12 |
| 13 | Cit Technology Financing Services I | 14,090.95 | 0.00 | 277.79 |
| 14 | The Harris Wealth Defender Trust | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 15 | The Estate Of Helen Kailus | 0.00 | 0.00 | 0.00 |
| 17 | Fedex Techconnect, Inc | 683.76 | 0.00 | 13.48 |
| 18 | Atc Healthcare Services Inc | 3,667.88 | 0.00 | 72.31 |
| 19 | W W Grainger Inc | 10,231.78 | 0.00 | 201.71 |
| 20 | United Parcel Service | 45.02 | 0.00 | 0.89 |
| 21 | The Harris Wealth Defender Trust | 0.00 | 0.00 | 0.00 |
| 22 | Francis B Miezio | 8,779.37 | 0.00 | 173.08 |
| 23 | Illinois Bell Telephone Company | 3,570.49 | 0.00 | 70.39 |
| 24 | Sprint Nextel | 214.75 | 0.00 | 4.23 |
| 26 | Jessica Fentress | 19,148.60 | 0.00 | 377.50 |
| 27 | Cory Stern | 14,806.65 | 0.00 | 291.90 |
| 28 | Christopher Mcniven | 10,771.26 | 0.00 | 212.35 |
| 29 | Gerrianne M Hartman | 10,975.44 | 0.00 | 216.37 |
| 30 | William S Myers | 61,699.03 | 0.00 | 1,216.34 |
| 31 | Illinois National Insurance Company | 0.00 | 0.00 | 0.00 |
| 33 | Christine A Fenn | 16,285.03 | 0.00 | 321.04 |
| 34 | Timothy Mark Mullen | 12,203.98 | 0.00 | 240.59 |
| 35 | American Building Services Llc | 11,829.54 | 0.00 | 233.21 |
| 36 | Principal Life Insurance Company | 1,362.13 | 0.00 | 26.85 |
| 37 | Dawn L Mueller | 2,549.26 | 0.00 | 50.26 |
| 39 | United Septic | 8,095.00 | 0.00 | 159.59 |
| 40 | Trugreen-Chemlawn | 4,540.75 | 0.00 | 89.52 |
| 41 | Mbs Envision, Inc. | 1,313.00 | 0.00 | 25.88 |
| 42 | Irene Russell | 0.00 | 0.00 | 0.00 |
| 43 | Pepsi Beverages Co Llc | 305.65 | 0.00 | 6.03 |
| 44 | Kemps Llc D/B/A Beckers Dairy | 2,153.46 | 0.00 | 42.45 |
| 45 | Ostrander Construction Inc | 12,500.00 | 0.00 | 246.43 |
| 46 | Village Of Downers Grove | 25,006.03 | 0.00 | 492.97 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 47 | Dorothy C Talmage | 0.00 | 0.00 | 0.00 |
| 48 | Mark C And Or Paul Zaander | 0.00 | 0.00 | 0.00 |
| 49 | As Indentu Wells Fargo Bank Nationa | 38,647,256.72 | 0.00 | 761,896.49 |
| 50 | The Brickman Group Ltd. Llc | 870.00 | 0.00 | 17.15 |
| 51 | Lithographic Communications, Llc | 3,797.00 | 0.00 | 74.85 |
| 52 | Medco Equipment, Inc. | 298.00 | 0.00 | 5.87 |
| 53 | Life Services Network Trust | 177,447.00 | 0.00 | 3,498.21 |
| 54 | America"s Best Medical | 1,825.87 | 0.00 | 36.00 |
| 55 | Nicor Gas | 2,673.69 | 0.00 | 52.71 |
| 56 | Ge Capital Retail Bank | 1,074.57 | 0.00 | 21.18 |
| 57 | National Association Bank Of Americ | 0.00 | 0.00 | 0.00 |
| 58 | Jarvell J Sanders | 0.00 | 0.00 | 0.00 |
| 59 | Bernice A. Cummings Trust/ Bernice | 0.00 | 0.00 | 0.00 |
| 60 | Denita Pruitt | 30,000.00 | 0.00 | 591.42 |
| FBH1 | Stericycle, Inc | 6,135.32 | 0.00 | 120.95 |
| FBH2 | Medline Industries, Inc | 0.00 | 0.00 | 0.00 |
| FBH3 | Medline Industries, Inc | 10,777.91 | 0.00 | 212.48 |
| FBH4 | Kathryn Andres, Special | 0.00 | 0.00 | 0.00 |
| FBH5 | Praxair Distribution Inc | 491.83 | 0.00 | 9.70 |
| FBH6 | Midwest Salt, Llc | 0.00 | 0.00 | 0.00 |
| FBH7 | Patterson Medical | 1,058.24 | 0.00 | 20.86 |
| FBH8 | Duane Morris LLP | 5,271.96 | 0.00 | 103.93 |
| FV1 | GE Consumer & Industrial | 4,090.00 | 0.00 | 80.63 |
| FV2 | Florence J Donohoo Declaration Of T | 0.00 | 0.00 | 0.00 |
| FV3 | Lithographic Communications, Llc | 0.00 | 0.00 | 0.00 |
| FV4 | Avaya, Inc | 3,720.25 | 0.00 | 73.34 |
| FV5 | Midwest Salt LLC | 4,953.90 | 0.00 | 97.66 |
| FV6 | Retirement Dynamics | 5,000.00 | 0.00 | 98.57 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| FV7 | Lithographic Communications, Llc | 0.00 | 0.00 | 0.00 |
| R1 | JHC Acquisition, LLC | 241.57 | 0.00 | 4.76 |
| R2 | Illiinois Bell Telephone Co | 699.45 | 0.00 | 13.79 |
| R3 | SPRINT NEXTEL CORRESPONDENCE | 0.00 | 0.00 | 0.00 |
| R4 | GE Capital Retail Bank | 1,835.77 | 0.00 | 36.19 |
| R5 | Synchrony Bank | 774.54 | 0.00 | 15.27 |
| V1 | Maun-Lemke Speaking & Consulting | 5,275.00 | 0.00 | 103.99 |
| V2 | Direct Supply, Inc | 657.01 | 0.00 | 12.95 |
| V5 | Pitney Bowes, Inc | 1,004.72 | 0.00 | 19.81 |
| V7 | Lois V Matson | 38,364.37 | 0.00 | 756.32 |
| V8 | Ford Lind Manor | 8,856.00 | 0.00 | 174.59 |

Total to be paid for timely general unsecured claims: $ 776,853.98
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

UST Form 101-7-NFR (10/1/2010)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:   $                    0.00
Remaining balance:                           $                    0.00


David R. Brown: /s/ David R. Brown
                                       Trustee

David R. Brown
400 South County Farm Road
Suite 330
Wheaton, IL 60187


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**